

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-83,236-05

### IN RE STEVIE WYRE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1364440-D IN THE 179TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### **O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. Relator filed an application for a writ of habeas corpus in the 179th District Court of Harris County on July 17, 2018. He complains that more than 180 days have passed since the date the State received the application, so the application has not been timely forwarded to this Court as mandated by Texas Rule of Appellate Procedure 73.4(b)(5).

Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting proof of the date of receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed an application for a writ of habeas corpus in Harris County.  This application for leave to file a writ of

mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed:          April 3, 2019
Do not publish